**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE: David L King                                       CHAPTER 13
                                                          CASE NO. 17-61780
            Debtor(s)

**O R D E R**

This matter came upon the confirmation hearing on debtor(s)' proposed Chapter 13 plan and any objections thereto, and the trustee's motion to dismiss or convert. It appearing to the court that the debtor(s)' plan is not ready for confirmation, it is hereby **ORDERED**:

1. __X___  The hearings on the confirmation of debtor(s)' proposed Chapter 13 plan and any objections thereto and the trustee's motion to dismiss are:

    __X__(a)  **CONTINUED** to *March 29 , 2018* at *9:30 a.m.*

    _____(b) **CONTINUED** to the same date and time as any hearing on the modified plan to be filed as required in paragraph 6 below.

2. _____  This continuance is conditioned upon the debtor(s) keeping their plan payments current. Failure to do so may result in dismissal on the continued hearing date or automatic dismissal without further notice or hearing twenty-one (21) days after the trustee's certification unless the debtor files a timely response to the certification.

3. _____  The debtor(s) shall have until _____ to bring plan payments current, otherwise, the case may be dismissed at the continued hearing date or may be automatically dismissed twenty-one (21) days after the trustee's certification that plan payments are delinquent unless the debtor(s) timely file a response to the certification.

4. _____  The hearing on confirmation, and any objections thereto, and the trustee's motion to dismiss/convert are continued to _____, 20__ at *9:30 a.m.* at which time all the conditions marked with an "X" on the attached Exhibit A must have been accomplished or the debtor(s) shall appear at that time and show cause why the case should not be dismissed.

5. _____  Confirmation of the debtor(s)' existing Chapter 13 plan is **DENIED**.

6. ___X____Debtor(s) shall have until *February 9, 2018* to file a modified plan. Upon failure to do so, or to request an extension of time prior to the due date for the modified plan, this case shall be dismissed without further notice or hearing, unless on or before the due date for the modified plan counsel files a certification that there is no need to file a modified plan.

    Should a modified plan be timely filed, counsel shall serve it in accord with existing procedures and orders of this court; provided however, that no service shall be required as to any class of creditors not adversely affected by the amended plan, as certified in writing by counsel for the debtor(s) and endorsed as agreed by the trustee, which certification shall be filed with the Clerk no later than the date by which service of the modified plan is required to be made. In all cases of plan modification, service shall be made upon any creditor who has any pending objection to confirmation or a specific request for notice.

7. _____    Counsel for the debtor(s) shall submit TFS payment to the court no later than **_,2017_** or the debtor(s) shall appear at the continued hearing date to show cause why TFS is not working.

8. _____    Should the trustee be prepared to recommend confirmation, she/he may submit a confirmation order for entry prior to the continued hearing provided there is no pending objection by a creditor to confirmation.

9. \_\_\_X\_\_\_    Other provisions:  ***Debtor(s) shall comply with Trustee's request for documents by 02/9/2018.***

Debtor(s)' counsel shall serve a copy of this order upon the Chapter 13 trustee and all creditors or their counsel who have filed objections, a motion to dismiss or convert, or an unresolved motion for relief from the automatic stay.

Entered:   12/6/17

*/s/ Rebecca B Connelly*
U. S. Bankruptcy Judge

We consent:

/s/ Herbert L. Beskin                                              /s/ Stephen E. Dunn
Herbert L. Beskin, Chapter 13 Trustee            Stephen E. Dunn, Esq.
                                                                            Counsel for Debtor(s)
                                                                            Stephen E. Dunn, PLLC
                                                                            201 Enterprise Drive, Suite A
                                                                            Forest, VA  24551