**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:   David L King            *          CHAPTER 13
                                 *          CASE NO.  17-61780
                                 *
         Debtor(s)                *

**MOTION TO EXTEND CONDITIONS OF CONTINUANCE ORDER**

Debtor, by counsel, respectfully represent:

1. The Debtor filed a Chapter 13 petition on September 13, 2017.
2. At the last hearing in this matter, the Court continued the confirmation of the Chapter 13 plan on a number of conditions (the "Conditions"), and required that said Conditions be satisfied by February 9, 2018.
3. An Order reflecting the above terms was entered on December 6, 2017.
4. That Condition No. 6 of the Order of Continuance is that the Debtor is to file a modified plan.
5. That on January 3, 2018 an adversary proceeding was filed that makes it impossible to file an amended plan until that matter is resolved.
6. The Debtor was unable to comply with the Order of Continuance and asks to court to continue this case to April 26, 2018 court to give time for the Adversary case 18-06001 to be resolved.
7.

    WHEREFORE, Debtors request that the Court extend conditions of the continuance order in this matter to *Thursday, April 26, 2018*, at 9:30 a.m.


Date:  2/13/18                              Respectfully submitted,

                                            STEPHEN E. DUNN, ESQ.


                                            By: /s/ Stephen E. Dunn
                                                Counsel for the Debtor(s)

Stephen E. Dunn, Esq.
Stephen E. Dunn, PLLC
Counsel for Debtor(s)
201 Enterprise Drive, Suite A
Forest, VA  24551